IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARBARA ROSS,

    Plaintiff,

v.                                    CASE NO. 4:08cv14-RH/WCS

DEPARTMENT OF CHILDREN
& FAMILIES, et al.,

    Defendants.

_____/

### ORDER EXTENDING DEADLINE FOR
### SUMMARY-JUDGMENT RESPONSE

The plaintiff has moved for what amounts to a 17-day extension of her deadline for responding to the defendants' summary-judgment motion. The plaintiff gives what appears to be good cause for the requested extension. The plaintiff also indicates that the defendants—who obtained their own extensions to respond to the complaint and to file their summary-judgment motion—have consented to a two-day extension but oppose any longer extension.

Because of the need for an immediate ruling, this order has been entered without awaiting a response by the defendants. If the defendants file an emergency motion for reconsideration, the matter will be reconsidered *de novo*. This order will

remain in effect unless and until reconsidered on such a motion. Before filing any such motion, the defendants' attorneys should refer back to the American College of Trial Lawyers Code of Pretrial Conduct and Code of Trial Conduct, which set forth standards of professionalism and are available on the court's website and at <http://www.actl.com/publications/index.htm>. Those Codes, referenced in the Scheduling and Mediation Order entered in this case on March 4, 2008 (document 10) at 5 ¶11, include specific guidance on responding to requests for extensions of time.

Upon consideration,

IT IS ORDERED:

The plaintiff's motion (document 52) to extend the deadline for response to the defendant's summary judgment motion is GRANTED. The deadline is extended to September 11, 2008.

SO ORDERED on August 26, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge